IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SONDRA HAYES,                          *
                                       *
    Plaintiff,                         *
                                       *
        v.                             *     CV 119-106
                                       *
CONVERGENT OUTSOURCING, INC.,          *
                                       *
    Defendant.                         *

# O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice (Doc. 6) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because Plaintiff filed the notice prior to Defendants serving an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA